UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jordan Glogau

_____

Write the full name of each plaintiff.

-against-

Donald Trump, Micheal Pence, Micheal Flynn, Devin

Nunes, Rex Tillerson, Stephen Bannon

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

17 CV 2376

(Include case number if one has been assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

See Page 6 for Standing

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

- ☑ **Federal Question**
- ☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Donald J Trump has been a Traitor and agent of Russia since at least 2013 and rigged the election.

The Defendent has run a criminal enterprise since the 1980's  The Defendent has been

involved in tax evasion since 2005  The Defendent has been involved with discrimination since 1970's

inciting racist violence since 2015. Trump and Election Committee defrauded the Democrats and Secretary Clinton

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Jordan Glogau_____, is a citizen of the State of
(Plaintiff's name)

**New York State**
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __Donald J. Trump__, is a citizen of the State of
(Defendant's name)

__New York State__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, __Donald J. Trump__, is incorporated under the laws of the State of __New York State__

and has its principal place of business in the State of __New York State__

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Jordan J Glogau__

First Name        Middle Initial        Last Name

__271 Treetop Circle__

Street Address

__Rockland, Nanuet, NY 10954__    __NY__                    __10954__

County, City                         State                     Zip Code

__914-262-1749__              __jglogau@phr400.com__

Telephone Number              Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
Donald J. Trump
First Name / Last Name
POTUS
Current Job Title (or other identifying information)
1600 Pennsylvania Avenue
Current Work Address (or other address where defendant may be served)
Washington, DC
County, City / State / Zip Code

Defendant 2:
Micheal Spence
First Name / Last Name
VPOTUS
Current Job Title (or other identifying information)
Number One Observatory Circle
Current Work Address (or other address where defendant may be served)
Washington, DC
County, City / State / Zip Code

Defendant 3:
Micheal Flynn
First Name / Last Name
former National Security Advisor
Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 4:     **Devin Nunes**
_____
                 First Name              Last Name
                 **Congressman**
_____
                 Current Job Title (or other identifying information)

_____
                 Current Work Address (or other address where defendant may be served)

_____
                 County, City            State            Zip Code

### III. STATEMENT OF CLAIM

Place(s) of occurrence:   **All 7 continents of the world.**

Date(s) of occurrence:    **Since running for office of POTUS**

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The person occupying The White House is a Russian Spy as has since at least 2013.

He was compromised with sexual favors during that time period and before that was involved with money laundering with many members of the Russian ruling class controlled by Vladimir Putin.

All other co-defendents have either been involved directly over time or have be directed by Trump or others to perform these illegal activities.

Much of the will be revealed from documentation provided by the Intelligence community other third parties.

Page 5

STANDING

How do I as a private citizen have Standing?

Simple, I voted and nobody else is dealing with this properly. The Executive and Legislative Branch or under the control of a foreign government. Look at how the committees for Watergate, Iran Contra, and 911 Terrorist Attacks were handled. This is an emergency and the Judicial Branch must act.

More on Standing below.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

My personal injuries are a more specific reason for Standing. In 2014 I had a hemorrhagic stroke. After the stroke I received speech and cognitive therapy I made a good recovery.

However, since June of 2015 and Trump campaign I have been so distressed that I have relapsed, gone back into rehab, but are unable to work.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I want the election overturned. I want a 90 day period to stage a new election which is provided under emergency procedures as defined as critical infrastructure by the Department of Homeland Security.

A TRO must be put in place immediately to protect the country so no new laws are changed or brokened and any changes in laws and executive orders revoked.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| March 28, 2017 | | | *[signature: Jordan J Glogau]* |
|---|---|---|---|
| Dated | | | Plaintiff's Signature |
| Jordan | J | Glogau | |
| First Name | Middle Initial | Last Name | |
| 271 Treetop Circle | | | |
| Street Address | | | |
| Rockland, Nanuet, | | NY | 10954 |
| County, City | | State | Zip Code |
| 914-262-1749 | | jglogau@phr400.com | |
| Telephone Number | | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
Donald J Trump ) Case No.
Trump companies, shells, off-shore holdings )
co-conspiritors, family, business partners )
foreign companies, Russian Governement )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 20, 2017___ in the county of ___Rockland___ in the ___New York State___ District of ___Southern District of NY___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Article III, Section 3 - Treason | Donald J Trump has been an agent of Russia since at least 2013 and rigged the election. |
| Civil RICO | The Defendent has run a criminal enterprise since the 1980's |
| IRS Code | The Defendent has been involved in tax evation since 2005 |
| Civil Rights Violations | The Defendent has been involved with discrimination since 1970's inciting racist violence since 2015 |
| Election Fraud | Trump and Elect Committee defrauded the Democrats and Secertary Clinton |

This criminal complaint is based on these facts:

Publicially available information in the press and information that will be obtained from getting FISA Court standing as part of this suit. Plantiff agrees to undergoing security clearance at the highest level possible in order to obtain as much clarifying information as possible. Major required action, invalidate the 2016 Federal Election. Since the election is illegal Donald Trump isn't legally the President and is treated as a regular citizen, not the head of the Executive Branch.

☐ Continued on the attached sheet.

*Complainant's signature*

Jordan Glogau, Voter
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*